**2010–0083.   State ex rel. Rohr v. Indus. Comm.**
Franklin App. No. 09AP–94, 2009-Ohio-6416. Reported at 126 Ohio St.3d 259, 2010-Ohio-3756, 933 N.E.2d 254. On motion for reconsideration. Motion denied.

**2010–0950.   State v. Garcia.**
Butler App. No. CA2009–11–275. Reported at 126 Ohio St.3d 1549, 2010-Ohio-3855, 932 N.E.2d 341. On motion for reconsideration. Motion denied.

**2010–1098.   Henderson v. Saffold.**
In Habeas Corpus. Reported at 126 Ohio St.3d 1540, 2010-Ohio-3855, 932 N.E.2d 336. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*October 14, 2010*

[Cite as *10/14/2010 Case Announcements*, 2010-Ohio-4979.]

# MOTION AND PROCEDURAL RULINGS

**2010–1736.   Goins v. Banks.**
Hocking App. No. 09CA5. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and shall proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the clerk shall issue an order for the transmittal of the record from the Court of Appeals for Hocking County. Appellant shall file his merit brief within 40 days of the filing of the record with the clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2–6.7.